IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CARLETOS ELROY HARDAMON,**

    **Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

    **Respondent.**               No. 14-cv-43-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered by this Court on January 14, 2014 (Doc. 2), the Petition is **DISMISSED** for lack of jurisdiction.

                                                NANCY J. ROSENSTENGEL,
                                                CLERK OF COURT

                                                BY: *s/Sara Jennings*
                                                **Deputy Clerk**

Dated:   January 14, 2014

Digitally signed by David R. Herndon
Date: 2014.01.14 16:56:46 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT